IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TAMARA HARVEY**                                                                                   **PLAINTIFF**

**v.**                          **CASE NO. 2:20-CV-00125-BSM**

**JACQUELINE SMITH,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE